**Order entered March 21, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00853-CR

**DERWIN DWIGHT MOORE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-26009-N**

## ORDER

The Court **REINSTATES** the appeal.

On February 15, 2013, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On March 19, 2013, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the February 15, 2013 order requiring findings.

We **GRANT** the March 19, 2013 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/    DAVID EVANS
       JUSTICE